UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,          No. 11-20749

-vs-

                                        HON. LAWRENCE P. ZATKOFF

JONAS ROGERS,

          Defendant.
                                   /

## **OPINION AND ORDER**

This matter is before the Court on Defendant's Petition to Delay Surrender for Incarceration (Docket #55). The Government has not had an opportunity to respond, though Defendant's counsel represents that the Government leaves this matter to the Court's discretion. The Court's effort to contact the Government attorney on this case was unsuccessful. In light of the time-sensitive nature of this matter, the Court relies on Defendant's counsel representation and decides the Petition.

For the reasons set forth in Defendant's Petition, *i.e.*, the need for Defendant to have medical issues addressed promptly, as supported by a physician note, the Court hereby grants the request for delay surrender for incarceration and GRANTS Defendant's Petition (Docket #55).

Accordingly, the Court hereby ORDERS that Defendant surrender himself to the United States Marshals at the Theodore Levin U.S. Courthouse in Detroit, Michigan, on Monday, December 10, 2012, by no later than 12:00 noon.

IT IS SO ORDERED.

                                            s/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated: December 3, 2012